IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Naturally Fresh, Inc.,

        Plaintiff,

v.                              Case No. 2:10-cv-586
                                JUDGE EDMUND A. SARGUS, JR.
                                Magistrate Judge Terence P. Kemp

Naturally Fresh Foods, LLC,

        Defendant.

## ORDER

Based on the parties' report to the Court of the settlement of this case, it is hereby

**CLOSED.** The Clerk is **DIRECTED** to remove the case from this Court's pending docket.

**IT IS SO ORDERED.**

\_\_6-14-2013\_\_                               _____
**DATE**                                        EDMUND A. SARGUS, JR.
                                             UNITED STATES DISTRICT JUDGE